UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  Case #13-21519-LMI
**Debtor:** robertson, Daniel Lee  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

A. The final Loss Mitigation Mediation (LMM) conference was conducted on 11-01-2013 and the following parties were present:

1. [ x ] The Debtor:, Daniel Robertson
2. [ x ] The Debtor's Attorney, Alexis Garcia
3. [ x ] The Lendor's Representative, Benjamin Duff
4. [ x ] The Lendor's Attorney, Margaret Kepler

B. The final LMM conference was scheduled for but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

C. The result of the LMM conference is as follows

1. [  ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 11.01.13         Signature of Mediator: /S/  Robin Weiner
                        Printed Name: Robin Weiner
                        Address: 151 N. Nob Hill Road #132 Plantation, FL 33324
                        Phone: 754-227-9449
Copies To: [All Parties to Mediation] Email: impartialmediator@gmail.com