**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case #13-21519 |
| **Debtor:** Daniel Robertson | Chapter 13 |

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was conducted on 07-03-2014 and the following parties were present:

1. [ x ] The Debtor: Daniel Robertson
2. [ x ] The Debtor's Attorney: Alexis Garcia
3. [ x ] The Lender's Representative: Jeanene Elliott
4. [ x ] The Lender's Attorney: Margaret Kepler

**B.** The final LMM conference was scheduled for 07-03-2014 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the LMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement

Dated: 08.11.14

Signature of Mediator: /S/ Robin Weiner
Printed Name: Robin Weiner
Address: 151 North Nob Hill Road #132 , Plantation, FL 33324

Copies To:
[All Parties to Mediation]

Phone: (754) 227-9449
Email: impartialmediator@gmail.com