IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Daniel Lee Robertson**

    Debtor(s).                    CASE NO.    13-21519-LMI
                                            CHAPTER    13

_____/

## MOTION TO COMPEL DEBTOR TO FILE A MODIFIED PLAN

      Comes now, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-14, ("Movant"), its successors and/or assigns, and files this, its Motion to Compel Debtor to File A Modified Plan, in support thereof, Movant alleges the following:

      1.    On May 17, 2013, Daniel Lee Robertson, ("Debtor"), filed for relief under Chapter 13 of the Bankruptcy Code.

      2.    On May 16, 2014, the Court confirmed the Debtor's First Amended Chapter 13 Plan, (D.E. 99).

      3.    The confirmed plan proposes to pay Movant LMM payments of $1,264.84 a month for months 1 to 60, pending the outcome of mediation, for the property located at 1200 West Ave #1103, Miami Beach, FL 33139.

      4.    The Final Report of Loss Mitigation Mediator was filed on August 18, 2014, (D.E. 103). The parties agreed the Debtor would cure the arrears and maintain payments through the plan; a loan modification was not offered.

      5.    Pursuant to the LMM provisions in the Debtor's confirmed First Amended Plan (D.E. 79), if the parties fail to reach an agreement, the Debtor has 14 days after the Mediator's Final Report is filed to modify the plan to either conform to Movant's Proof of Claim No. 5-1 ("Claim") or surrender the Property.

B14010542

6.      As of the date of this filing, the Debtor has not filed a Motion to Modify the confirmed plan. Movant is requesting that the Debtor modify the plan to conform to its POC and subsequently filed payment changes or surrender the property.

7.      As a result of the necessity of preparing and filing this Motion to Compel, Movant has incurred additional attorney fees.

**WHEREFORE**, Movant prays that this Court grant the Motion to Compel Debtor to file a Modified Plan and granting any such further relief that this Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-14

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Compel Debtor to file a Modified Plan has been furnished by regular U. S. Mail to all parties listed below on April 21, 2015.

Daniel Lee Robertson
1200 West Ave # 1103
Miami Beach, FL   33139

I HEREBY CERTIFY that a copy of the foregoing Motion to Compel Debtor to file a Modified Plan has been furnished by Electronic Mail to all parties listed below on April 21, 2015.

Ricardo Corona
3899 NW 7th St., #202B
Miami, FL   33126

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL   33027

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-14