**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 LMM PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ _1st_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | **Daniel Lee Robertson** | JOINT DEBTOR: | CASE NO.: **13-21519** |
| Last Four Digits of SS# | **xxx-xx-9808** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __1,679.71__ for months __1__ to __24__ ;
B. $ __10,787.75__ for months __25__ to __25__
C. $ __4,398.96__ for months __26__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __7,050.00*__   TOTAL PAID $ __4,025.00__
Balance Due $ __3,025.00__ payable $ __72.92__ /month (Months __1__ to __24__ )
$ _____ payable $ __35.41__ /month (Months __25__ to __60__ )

*$3,000.00 (safe harbor) $1,500.00 (LMM), $750.00 (motion to value); $525.00 (Motion to Modify; $500.00 (Motion to reinstate); $750.00 (MMM resubmittal); $25.00 (DMM fee)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | | | | |
|---|---|---|---|---|---|
| **American Servicing Co** | | Arrearage on Petition Date | $ | **98,140.08** | |
| | | Arrears Payment | $ | **487.55** /month | (Months **1** to **24** ) |
| Address: | **PO Box 10328** **Des Monies, IA 50306** | Arrears Payment | $ | **8,965.71** /month | (Months _25_ to _25_ ) |
| | | Arrears Payment | $ | **2,213.52** /month | (Months _26_ to _60_ ) |
| Account No: | **xxxxxxxxxxxxx0557** | Regular Payment | $ | **724.58** /month | (Months **1** to **24**) |
| Account No. | **xxxxxxxxxxxxx0557** | Regular Payment | $ | **707.86** /month | (Months **25** to **60**) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **City Ntl Bk/Ocwen Loan Service** **Attn: Bankruptcy; P.O. Box 24738; West Palm Beach, FL 33416** **Account No: xxxxxx4260** | **Homestead: 1200 West Ave, #1103 Value based on private appraisal.** $ **270,000.00** | **0%** | $ **0.00** | **0** To **0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Atlanta, GA**
   Total Due $ **30,892.37**
   Payable $ **305.33** /month (Months **1** to **24**) Regular Payment $ **N/A**
   payable $ **673.27** /month (Months **26** to **60**)

Unsecured Creditors: Pay $**329.00**/month (Months **26** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**The Debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the**

LF-31 (rev. 01/08/10)

**Debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**Special Intentions:**
**Chase (xxxxxx0203): Debtor will pay claim directly.**
**Chase (xxxxxxx8153): Debtor will pay claim directly.**
**Mirador 1200 Condo Association: Debtor will pay claim directly.**
**Espanola Court Condominium association: Debtor will pay claim directly.**

**The Debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I & J and modify the plan if necessary. The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Daniel Lee Robertson
**Daniel Lee Robertson**
Debtor

Date:   April 24, 2015